Order affirmed, with costs. Question certified answered in the affirmative. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

ALBERT PETERSON et al., Respondents, v. TRIBOROUGH TRANSPORTATION CORP., Appellant.

Argued November 26, 1952; decided January 15, 1953.

*Reid A. Curtis* for appellant.

*Ralph Stout, Harry Landau* and *Robert J. Keegan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.